AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SHENGLI ZHANG

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL CHERTOFF

Case: 1:07-cv-01209
Assigned To : Roberts, Richard W.
Assign. Date : 7/5/2007
Description: Admn. Agency review

TO: (Name and address of Defendant)

Michael Chertoff
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Scott A. Conwell, Esq.
Conwell, LLC
2138 Priest Bridge Court, Suite No. 4
Crofton, Maryland 21114

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JUL - 5 2007

CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/12/2007 @ 11:50 am |
| NAME OF SERVER (PRINT) Lorenzo Kenerson | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
   Megan Gemunder, Authorized Representative of Michael Chertoff, Director of US Homeland Security at 3801 Nebraska Avenue NW, Washington, DC 20528

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/17/2007___   _____
                Date                        Signature of Server

                                   40 Ridge Avenue, Edgewater, MD 21031
                                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SHENGLI ZHANG

SUMMONS IN A CIVIL CASE

V.

MICHAEL CHERTOFF

Case: 1:07-cv-01209
Assigned To : Roberts, Richard W.
Assign. Date : 7/5/2007
Description: Admn. Agency review

TO: (Name and address of Defendant)

Emilio T. Gonzalez
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Scott A. Conwell, Esq.
Conwell, LLC
2138 Priest Bridge Court, Suite No. 4
Crofton, Maryland 21114

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JUL - 5 2007

CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 7/12/2007 @ 11:50 am |
| NAME OF SERVER *(PRINT)* <br> Lorenzo Kenerson | TITLE <br> Private Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
    Megan Gemunder, Authorized Representative of Emilio Gonzalez, Director of US CIS at 3801 Nebraska Avenue NW, Washington, DC 20528

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    7/17/2007      *[signature]*
           Date             *Signature of Server*

                   40 Ridge Avenue, Edgewater, MD 21031
                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.