AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

SHENGLI ZHANG

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL CHERTOFF

Case: 1:07-cv-01209
Assigned To : Roberts, Richard W.
Assign. Date : 7/5/2007
Description: Admn. Agency review

TO: (Name and address of Defendant)

Jeffrey A. Taylor
U.S. Attorney's for the District of Columbia
501 Third Street, NW
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Scott A. Conwell
Conwell, LLC
2138 Priest Bridge Ct, Ste 4
Crofton MD 21114

an answer to the complaint which is served on you with this summons, within  60  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                         JUL - 5 2007

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | July 20, 2007 at 11:43 am |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Lorenzo Kenerson | private process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): personal service on Lakeshia Carroll, Authorized Representative of Jeffrey A. Taylor, US Attorney for the District of Columbia at 501 3rd Street NW, Washington, DC 20001

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/20/07
                  Date                         Signature of Server

Address of Server:  40 Ridge Ave Edgewater, MD 21037

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.