UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHENGLI ZHANG, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )   Civ. Act. No. 07-1209 (RWR) |
| | ) |
| MICHAEL CHERTOFF, | ) |
| Secretary, Department of | ) |
| Homeland Security | ) |
| | ) |
|       Defendant. | ) |

**MOTION FOR EXTENSION OF TIME TO ANSWER , MOVE, OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Now comes Michael Chertoff, Secretary, U.S. Department of Homeland Security, by and through his attorney, respectfully move the Court, pursuant to Fed. R. Civ. P. 6, within which to answer, move, or otherwise plead to plaintiff's complaint, until October 19, 2007.  The answer is due on Wednesday, September 19, 2007.  This is the first request by defendant for an extension.  Counsel for the Plaintiff was consulted and has consented to an extension up to September 24, 2007.

Plaintiff has brought this action challenging alleged delays in processing his application for asylum pending before the United States Citizenship and Immigration Services (USCIS) and seeks mandamus, as well as declaratory and injunctive relief.

The additional time is being requested because counsel assigned primary responsibility in this matter has been out of the Office for emergency medical care, since September 4, 2007.  Counsel expects to return the week of September 24, 2007.   The additional time is necessary to allow counsel time, upon her return, to consult with agency counsel, to respond and to obtain the proper internal review prior to filing.

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, Esq. D.C. Bar # 498610
United States Attorney


/s/
_____
RUDOLPH CONTRERAS,  D.C. Bar # 434122
Assistant United States Attorney


/s/
_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 Fourth Street, NW
Suite 4-4808
Washington, D.C. 20530
(202) 305-1334

Counsel for Defendant