UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-----------------------------------------------------------x
SHENGLI ZHANG                                              :
                                                           :   CIVIL ACTION NO.: RWR-07-1209
                Plaintiff,                                 :
                                                           :
                                                           :
        v.                                                 :
                                                           :
                                                           :
MICHAEL CHERTOFF,                                          :
Secretary, Department of Homeland Security,                :
et al.                                                     :
                                                           :
                Defendants.                                :
-----------------------------------------------------------x
```

**<u>RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER,
MOVE, OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT</u>**

The communications and consent by the Plaintiffs to the instant motion requires further detail as the Defendants' motion goes beyond the "consent" requested.  Specifically, counsel for the Defendants stated that the request for an extension was made because the responsible persons at the agency have not been located and that the Defendants desired to work with the agency. Plaintiff specifically and solely agreed, reviewed the history of the case, stated that the agency had the power to make all the necessary corrections and grant much of the relief in this matter, and desired that the U.S. Attorney's Office attempt to provide this relief.[1]  Moreover, based on statements previously made in a related matter by the U.S. Attorney concerning Plaintiff Shengly Zhang, such relief is the only just relief appropriate.  The Plaintiffs specifically stated that they do not agree to the extent that this becomes a huge and inappropriate motions battle and that the

---

1 Although the agency does not have the power to grant prevailing party attorneys' fees, it is the experience of the undersigned counsel that such potential liability is greatly reduced when the U.S. Attorney convinces the agency to take the right steps and expeditiously and justly resolve the matter.

1

parties should resolve this as expeditiously as possible without further litigation.  Thus, *there was no consent whatsoever to the portion requested in the Defendants' motion to "move, or otherwise plead"*.  There was no proposed order in the Defendants' motion, but if the instant motion should be granted and Defendants should later attempt file any pleadings other than an answer, Plaintiffs hereby reserve the right and provide notice that they may file a motion to strike and/or for default.  Given the resources of the Defendants and the ability to easily and quickly resolve this matter, given the U.S. Attorney's Office's knowledge of the facts concerning Shengli Zhang and previous statements, and provided that that the only reason Defendants currently provide for the extension dates only to September 4, 2007, there was no reason at all for an extension beyond the already extended sixty (60) days allotted.  Plaintiff's consent was solely for the reasons stated and for the exact motion originally stated by the Defendants.

    In conclusion, Plaintiffs consent to the extent that the Defendants need time to work with the agency to resolve this issue without any further delay or litigation and if necessary for the time to file an answer to the Complaint, not for any other purpose or to file any other pleadings.

        Respectfully submitted,

        CONWELL, LLC


        __/s/_____
        Scott A. Conwell (Bar No. 468989)
           scott@conwellusa.com
        2138 Priest Bridge Court, Suite No. 4
        Crofton, Maryland 21114
        TELE: (410) 451-2707
        FAX: (410) 451-2706

        *Attorney for Plaintiff*

Dated: September 19, 2007


## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this _19th_ _ day of _September__, 2007, a true and correct copy of the foregoing Response to Defendants' Motion for Extension was served via ECF on the following counsel of record:

        Jeffrey A. Taylor
        Rudolph Contreras
        Heather Graham-Oliver
        U.S. Attorney's Office
        Judiciary Center Building
        555 Fourth Street, NW
        Suite 4-4808
        Washington, DC 20530


        ___/s/_____
        Scott A. Conwell