UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
SHENGLI ZHANG                                           :
                                                        :   CIVIL ACTION NO.: RWR-07-1209
            Plaintiff,                                  :
                                                        :
     v.                                                 :
                                                        :
MICHAEL CHERTOFF,                                       :
Secretary, Department of Homeland Security,             :
*et al*.                                                :
                                                        :
            Defendants.                                 :
---------------------------------------------------------x

## CONSENT MOTION TO EXTEND TIME TO RESPOND

Plaintiff Shengli Zhang hereby motions to extend time to respond to the Defendants' Motion to Dismiss (Paper No. 8). Undersigned counsel contacted Heather Graham-Oliver, attorney for Defendants, and received consent.

Undersigned counsel has an important discovery deadline in unrelated federal matters (D. Md. MJG-05-3456, MJG-06-3424) on November 16 and the current effort involves daily depositions and two days of hearings.[1] The following week is the Thanksgiving holidays where undersigned counsel has a planned vacation.

Plaintiff additionally notes that we have communicated in various ways with Defendants' counsel and will continue to do so seeking a fair and just resolution to this matter without the further necessity of the court's involvement.

Plaintiff therefore requests an extension to respond until November 30, 2007.

---

[1] Undersigned counsel was aware of these deadlines at the time that Defendants sought and were granted a thirty-day extension to file an answer or response to Plaintiff's complaint.

          Respectfully submitted,

          CONWELL, LLC


          \_\_/s/_____
          Scott A. Conwell (Bar No. 468989)
              scott@conwellusa.com
          2138 Priest Bridge Court, Suite No. 4
          Crofton, Maryland 21114
          TELE: (410) 451-2707
          FAX: (410) 451-2706

          *Attorney for Plaintiff*

Dated: November 1, 2007


## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this \_1st\_ day of \_November\_, 2007, a true and correct copy of the foregoing Consent Motion to Extend Time to Respond was served via ECF on the following counsel of record:

          Jeffrey A. Taylor
          Rudolph Contreras
          Heather Graham-Oliver
          U.S. Attorney's Office
          Judiciary Center Building
          555 Fourth Street, NW
          Suite 4-4808
          Washington, DC 20530


          \_\_\_/s/_____
          Scott A. Conwell

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

----------------------------------------------------------x
SHENGLI ZHANG                                          :
                                                       :   CIVIL ACTION NO.: RWR-07-1209
           Plaintiff,                                  :
                                                       :
      v.                                               :
                                                       :
MICHAEL CHERTOFF,                                      :
Secretary, Department of Homeland Security,            :
*et al*.                                               :
                                                       :
           Defendants.                                 :
----------------------------------------------------------x

## ORDER

The Court has before it Plaintiff's Consent Motion to Extend Time to Respond to the Defendants' Motion to Dismiss (Paper No. 8). Defendants do not object to the extension.

Accordingly, it is hereby Ordered that that the Plaintiffs' Motion to Extend Time to Respond is GRANTED.

Plaintiff shall respond to the Defendants' Motion to Dismiss by November 30, 2007.


SO ORDERED, on _____, October ____, 2007


_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE