UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
SHENGLI ZHANG                              :
                                           :  CIVIL ACTION NO.: RWR-07-1209
            Plaintiff,                     :
                                           :
       v.                                  :
                                           :
MICHAEL CHERTOFF,                          :
Secretary, Department of Homeland Security,:
*et al*.                                   :
                                           :
            Defendants.                    :
---------------------------------------------------------x

**<u>RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>**

On November 30, 2007, Plaintiff filed a First Amended Complaint and requests that the Defendants answer or otherwise respond.

>Respectfully submitted,
>
>CONWELL, LLC
>
>
>__/s/_____
>Scott A. Conwell (Bar No. 468989)
>   scott@conwellusa.com
>2138 Priest Bridge Court, Suite No. 4
>Crofton, Maryland 21114
>TELE: (410) 451-2707
>FAX: (410) 451-2706
>
>*Attorney for Plaintiff*

Dated: November 30, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _30th_ day of _November_, 2007, a true and correct copy of the foregoing Response to Defendants' Motion to Dismiss Plaintiff's Complaint was served via ECF on the following counsel of record:

>Jeffrey A. Taylor
>Rudolph Contreras
>Heather Graham-Oliver
>U.S. Attorney's Office
>Judiciary Center Building
>555 Fourth Street, NW
>Suite 4-4808
>Washington, DC 20530
>
>
>___/s/_____
>Scott A. Conwell