UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHENGLI ZHANG, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civ. Act. No. 07-1209 (RWR) |
| | ) |
| MICHAEL CHERTOFF, | ) |
| Secretary, Department of | ) |
| Homeland Security, et al. | ) |
| | ) |
|     Defendants. | ) |

## THE DEFENDANTS' RENEWED MOTION TO DISMISS

The Federal Defendants hereby renew the filing of their Motion to Dismiss which was originally filed on October 19, 2007. See Court's Computerized PACER Docket ("R") 8. Thereafter, on November 30, 2007, plaintiff filed an amended complaint adding more facts sympathetic to the Plaintiff but failing to address the legal issues that caused the initial complaint to be subject to dismissal in the first place. R. 10, 11. Defendant's Motion to Dismiss is clear, the entire case should be dismissed due to the lack of subject matter jurisdiction in the District Court. Pursuant to statute, the District Court lacks jurisdiction to review claims related to an Alien's removal from the United States. In view of the foregoing, the Defendants renew their motion to dismiss, which was filed on October 19, 2007, as if fully incorporated herein.

The Court is respectfully referred to the Defendants' Motion to Dismiss, which is fully incorporated herein, as well as the entire record in this case. See R. 8.

WHEREFORE, Defendants request that the Court dismiss this action with prejudice.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, Esq. D.C. Bar # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 Fourth Street, NW
Suite 4-4808
Washington, D.C. 20530
(202) 305-1334

Counsel for Defendants