UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHENGLI ZHANG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Act. No. 07-1209 (RWR) |
| | ) | |
| MICHAEL CHERTOFF, | ) | |
| Secretary, Department of | ) | |
| Homeland Security, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Defendants, Michael Chertoff, *et al.*, by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time for one week, until Tuesday, January 22, 2008[1], to respond to Plaintiff's opposition to the Defendant's Motion to Dismiss. The response would otherwise be due on today's date January 14, 2008. Counsel for Plaintiff does not oppose this request for additional time to reply to his oppositon. The grounds for this request are set forth below.

Defense counsel has had other litigation responsibilities in the interim including the following: preparing for oral argument scheduled in Kaufman v. Gonzales, District of Columbia, Circuit Court Case No. 06-5259, on January 8, 2008; supplementing written discovery requests and producing documents in Hawkins v. Gonzales, Civ. Act. No. 07-0010 (CKK), during the week of January 7, 2008; responding to written discovery requests and producing documents in Keller v. Embassy of the United States, et al., Civ. Act. No. 06-0816 (RMC), during the week of

---

[1] January 21, 2008, is Martin Luther King, Jr. Day, a federal holiday.

January 7, 2008; filing Opposition to Plaintiff's Motion to Compel in Keller, on January 9, 2008. Preparing for status conferences in Keller and Anderson v. Spellings, Civ. Act. No. 06-1565 (RMC).  Undersigned counsel is preparing witnesses during the week on January 14, 2008 and defending depositions in Hawkins on January 17, 2008; in addition, counsel will be preparing to take the Plaintiff's deposition in Esquibel v. FAA, Civ. Act. No. 06-1485 (PLF), on January 18, 2008.

    This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SHENGLI ZHANG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civ. Act. No. 07-1209 (RWR) |
| | ) | |
| **MICHAEL CHERTOFF,** | ) | |
| **Secretary, Department of** | ) | |
| **Homeland Security, et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Upon consideration of Defendants' motion for extension of time to respond to Plaintiff's Opposition to Defendants' Motion to dismiss, it is hereby

ORDERED that Defendants' Motion for Extension of time to Reply to Plaintiff's Opposition until January 22, 2008, is GRANTED.

Date: _____                    _____
                                          UNITED STATES DISTRICT JUDGE