# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHENGLI ZHANG,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civ. Act. No. 07-1209 (RWR)** |
| ) | |
| **MICHAEL CHERTOFF,** ) | |
| **Secretary, Department of** ) | |
| **Homeland Security, <u>et</u> <u>al.</u>,** ) | |
| ) | |
| **Defendant.** ) | |

## <u>MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS</u>

Defendants, Michael Chertoff, *et al.*, by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time for three days, until Friday, January 25, 2008[1], to respond to Plaintiff's opposition to the Defendant's Motion to Dismiss.  The response would otherwise be due on today's date January 22, 2008. Counsel for Plaintiff consents to the relief requested.   The grounds for this request are set forth below.

Defense counsel has had other litigation responsibilities in the interim that have taken time and attention, including the following: <u>Hawkins v. Gonzales</u>, Civ. Act. No. 07-0010 (CKK), preparing witnesses and defending depositions on January 17, 2008; taking the Plaintiff's deposition in <u>Esquibel v. FAA,</u> Civ. Act. No. 06-1485 (PLF), on Friday, January 18, 2008; conferring with expert witnesses in <u>Brown v. SEC</u>. Civ. Act. No. 05-2309 (EGS); responding to on-going request for initial disclosures in <u>Anderson v. Dept. of Education</u>, Civ. Act. No. 06-1565

---

[1] January 21, 2008, is Martin Luther King, Jr. Day, a federal holiday.

(RMC).  In addition, Counsel will be away from the office on the afternoon of January 22, 2008,

due to a doctor's appointment.  This additional time will also allow for the necessary review by

the Agency.

     This motion is not for purposes of delay but for good cause shown.


     Respectfully submitted,


     /s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


     /s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334