UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHENGLI ZHANG, )<br>)<br>     Plaintiff,     )<br>)<br>v.                                  )<br>)<br>MICHAEL CHERTOFF,      )<br>Secretary, Department of    )<br>Homeland Security, et al.,    )<br>)<br>     Defendants.     ) | Civ. Act. No. 07-1209 (RWR) |

**MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendants, Michael Chertoff, *et al.*, by and through undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time until Wednesday, February 13, 2008, to respond to Plaintiff's Motion for Summary Judgment. The response would otherwise be due on February 6, 2008. Counsel for Plaintiff consents to an additional week, up to February 13, 2008. The grounds for this request are set forth below.

This request for time is due, in great part, to the fact that undersigned counsel needs to consult with the agency counsel prior to filing the opposition. Agency counsel is currently out of the country and will not be returning until the end of this week.

In addition, Defense counsel has had other litigation responsibilities in the interim that have taken time and attention, including the following: Hawkins v. Gonzales, Civ. Act. No. 07-0010 (CKK), answering discovery, preparing witnesses and defending depositions on January 17, 2008; taking the Plaintiff's deposition in Esquibel v. FAA, Civ. Act. No. 06-1485 (PLF), on Friday, January 18, 2008; preparing answer to complaint in Patterson v. Wynne, Civ. Act. No.

07-1438 (RMU); answering discovery and producing documents in Keller v. Embassy, Civ. Act. No. 06-0816 (RMC); responding to on-going request for initial disclosures in Anderson v. Dept. of Education, Civ. Act. No. 06-1565 (RMC); filing opposition to motion in Winston v. Smithsonian, Civ. Act. No. 07-1411 (RWR) on January 24, 2008; filing Reply in the instant case, Zhang, on January 25, 2008; filing Motion to Dismiss in Graphic Arts v. Postal Service, Civ. Act. No. 07-1822 (RBW) on January 31, 2008; hiring and consulting with experts in Brown v. USA, Civ. Act. No. 05-2309 (EGS).

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHENGLI ZHANG,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  Civ. Act. No. 07-1209 (RWR) |
| | ) |
| **MICHAEL CHERTOFF,** | ) |
| Secretary, Department of | ) |
| Homeland Security, et al., | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Upon consideration of Defendants' motion for extension of time to respond to Plaintiff's Motion for Summary Judgment, it is hereby

ORDERED that Defendants' Motion for Extension of time to Reply to Plaintiff's Opposition until February 13, 2008, is GRANTED.


Date: _____          _____
                                                    UNITED STATES DISTRICT JUDGE