UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHENGLI ZHANG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Act. No. 07-1209 (RWR) |
| ) | |
| MICHAEL CHERTOFF, ) | |
| Secretary, Department of ) | |
| Homeland Security, et al., ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendants, Michael Chertoff, *et al.*, by and through undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) for an additional enlargement of time until Friday, February 15, 2008, to respond to Plaintiff's Motion for Summary Judgment. The response would otherwise be due on February 13, 2008. Counsel for Plaintiff consents to the additional two days, up to February 15, 2008. The grounds for this request are set forth below.

In addition, Defense counsel has had litigation responsibilities in the interim that have taken time and attention, including the following: reading the files and preparing responsive pleadings in Herrick v. Dept. of Homeland Security, Civ. Act. Nos. 08-0036 (RBW), and 08-0035 (JR); meeting and consulting with experts in Brown v. USA, Civ. Act. No. 05-2309 (EGS); preparing settlement documents in Bailey v. Postal Service, Civ. Act. No. 98-2224 (HHK); and preparing responsive pleading in Poett v. U.S.A., et al., Civ. Act. No. 07-1374 (CKK). Moreover, undersigned counsel needs to consult with the agency counsel prior to filing the opposition and has not had time to do so.

This motion is not for purposes of delay but for good cause shown.

        Respectfully submitted,

        /s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

        /s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

        /s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHENGLI ZHANG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Act. No. 07-1209 (RWR) |
| | ) |
| MICHAEL CHERTOFF, | ) |
| Secretary, Department of | ) |
| Homeland Security, <u>et</u> <u>al.</u>, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Defendants' motion for extension of time to respond to Plaintiff's Motion for Summary Judgment, it is hereby

ORDERED that Defendants' Motion for Extension of time to Reply to Plaintiff's Opposition until February 15, 2008, is GRANTED.

Date: _____          _____
                                                    UNITED STATES DISTRICT JUDGE