UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHENGLI ZHANG, </br></br> Plaintiff, </br></br> v. </br></br> MICHAEL CHERTOFF, </br> Secretary, Department of </br> Homeland Security, et al., </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> )   Civ. Act. No. 07-1209 (RWR) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**MOTION FOR EXTENSION OF TIME**

_____Defendants, Michael Chertoff, *et al.*, by and through undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) for an additional enlargement of time until Tuesday February 19, 2008, to respond to Plaintiff's Motion for Summary Judgment.  The response would otherwise be due on Friday, February 15, 2008.  Counsel for Plaintiff consents to the additional time, up to Tuesday, February 19, 2008.[1]   The grounds for this request are set forth below.

This Court recently granted the defendant an extension of time up until February 15, 2008.  Although the Defendants' brief is in draft form and substantially completed, counsel needs the additional time to submit it for internal review, including review with the agency.  Undersigned counsel was unaware that the agency counsel, assigned to the case, would be on leave on today's date and not returning until Tuesday of next week.  Moreover, the undersigned's reviewing supervisor on immigration cases is out of the office on today's date as well.  These absences were unexpected.  Accordingly, the defendant, is hereby requesting the additional time.

---

[1]  Monday, February 18, 2008, is a federal holiday.

No further extensions are anticipated.

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334